1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   E. MATTHEW FREEMAN
3  Nevada Bar No. 14198
   Matt.Freeman@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendants*

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10                        ***

| | |
|---|---|
| 11  CHERIE BLACKMON, individually, | CASE NO. 2:23-cv-2109-APG-DGA |
| 12           Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| 13           vs. | |
| 14  JARROD MINOR, individually; CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; DOE CORRECTIONS OFFICERS I – X; | |
| 15 | |
| 16 | |
| 17           Defendants. | |

18       IT IS HEREBY STIPULATED and AGREED between Plaintiff CHERIE BLACKMON,

19  by and through her attorneys BENSON ALLRED  and Defendants JARROD MINOR and the

20  CITY OF NORTH LAS VEGAS by and through their attorneys LEWIS BRISBOIS BISGAARD

21  & SMITH, LLP, that all of Plaintiff's claims and causes of action against Defendants in the above-

22  …

23  …

24  …

25  …

26  …

27  …

28  …

153339489.1

1  entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and
2  costs.
3  DATED the 5th day of March, 2025.                    DATED the 5th day of March, 2025.
4  **BENSON ALLRED**                                    **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

5  */s/ Joshua L. Benson*                               */s/ Robert W. Freeman*
   JOSHUA L. BENSON                                     ROBERT W. FREEMAN
6  Nevada Bar No. 10514                                 Nevada Bar No.: 3062
   333 N. Rancho Drive, Suite 420                       E. MATTHEW FREEMAN
7  Las Vegas, Nevada 89106                              Nevada Bar No.: 14198
   *Attorney for Plaintiff*                             6385 S. Rainbow Blvd., Ste. 600
8                                                       Las Vegas, Nevada 89118
                                                        *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

Dated: March 7, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE